JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JON SIMONIAN, | ) | Case No.  1:16-cv-00717-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING** |
| | ) | **BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to January 29, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested because of conflicts with Plaintiff's counsel's holiday vacation plans as well as other filings.

IT IS SO ORDERED.

Dated:   **December 27, 2016**             /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 22, 2016					JACQUELINE A. FORSLUND
							Attorney at Law


							*/s/Jacqueline A. Forslund*
							JACQUELINE A. FORSLUND

							Attorney for Plaintiff


Date:  December 23, 2016				PHILIP A. TALBERT
							United States Attorney
							DEBORAH STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration

							*/s/Jeffrey Chen*
							JEFFREY CHEN
							Special Assistant United States Attorney
							*By email authorization

							Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time to January 29, 2017, in which to file his opening brief; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.