PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8976
     Facsimile: (415) 744-0134
     Email: jacob.mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JON SIMONIAN, | ) Civil No. 1:16-cv-00717-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Defendant shall have a second extension of time to

Wednesday, April 19, 2017 to file her responsive brief. Defendant apologizes for missing the

filing deadline in this case and respectfully requests this additional time as this case was

transferred to new counsel who had to review and brief the case. This stipulation and proposed

order is simultaneously being filed with the Defendant's Opposition to Plaintiff's Opening Brief

and the Defendant's Response to the Court's Order to Show Cause.

1

1    The new due date for Defendant's responsive brief will be Wednesday, April 19, 2017.

2                                                    Respectfully submitted,

3
     Date: _April 19, 2017_                   FORSLUND LAW LLC
4

5                                       By:   _/s/ Jacqueline Forslund*_
                                              JACQUELINE FORSLUND
6                                             * By email authorization on April 15, 2017
                                              Attorney for Plaintiff
7

8    Date: _April 19, 2017_                   PHILIP A. TALBERT
                                              United States Attorney
9

10                                      By:   _/s/   Jacob M. Mikow_
                                              JACOB M. MIKOW
11                                            Special Assistant United States Attorney
                                              Attorneys for Defendant
12

13

14

15
                                              ORDER
16

17        Pursuant to the stipulation of the parties, and good cause appearing, Defendant's request

18   for an extension of time to April 19, 2017, to file an opposition to Plaintiff's Opening Brief is

19   HEREBY GRANTED nunc pro tunc.

20
     IT IS SO ORDERED.
21

22       Dated:   **April 21, 2017**              _/s/ Barbara A. McAuliffe_ _
23                                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                 2

1

2

3    Stip. to Extend Def.'s Brief

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28