| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JON SIMONIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:16-cv-00717-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 14) |

On April 12, 2017, the Court issued an order for Defendant to show cause why Plaintiff's Social Security Action should not be deemed unopposed and why sanctions should not issue for Defendant's failure to comply with the Court's scheduling orders. (Doc. 14).

On April 14, 2017, Defendant designated Jacob Mikow, Special Assistant United States Attorney, as counsel of record in this action in place of attorney Jeffrey T. Chen. (Doc. 15).

On April 19, 2017, Defendant filed a response to the order to show cause, along with a stipulation to extend the deadline to file an opposition to Plaintiff's Opening Brief and an opposition to Plaintiff's Opening Brief. (Docs. 16, 17, 18). According to the response, Defendant has taken a number of remedial actions to ensure timely filings in the future, including substituting counsel of record and weekly identification of court deadlines in pending matters. (Doc. 16).

1

Having considered counsel's response, the Court's Order to Show Cause issued on April 12, 2017, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated: **April 21, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE