| | |
|---|---|
| 1 | JACQUELINE A. FORSLUND |
| 2 | Forslund Law, LLC |
|   | CSBN 154575 |
| 3 | P.O. Box 4476 |
|   | Sunriver, OR  97707 |
| 4 | Telephone:    541-419-0074 |
|   | Fax:               541-593-4452 |
| 5 | Email:            jaf@forslundlaw.com |
| 6 | |
|   | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JON SIMONIAN, | ) | Case No.  1:16-cv-00717-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to June 3, 2017, for Plaintiff to file his Reply Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested because Plaintiff's counsel has an overloaded schedule at the time this Brief is currently due.

**Simonian v. Berryhill**          **Stipulation and Order**          **E.D. Cal. 1-16-cv-00717-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 1, 2016                JACQUELINE A. FORSLUND
                                 Attorney at Law

                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff

Date: May 1, 2016                PHILIP A. TALBERT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/ Michael Marriott*
                                 MICHAEL MARRIOTT
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to June 3, 2017, in which to file his Reply Brief.

IT IS SO ORDERED.

Dated: **May 2, 2017**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE